**Exhibit A**

**List of Debtors**

**Exhibit A**

**List of Debtors**

|     | **Debtor** |
| --- | --- |
| 1.  | Cumulus Texas, LLC |
| 2.  | Cumulus Media Inc. |
| 3.  | Atlanta Radio, LLC |
| 4.  | Broadcast Software International LLC |
| 5.  | Catalyst Media, LLC |
| 6.  | Chicago FM Radio Assets, LLC |
| 7.  | Chicago Radio Assets, LLC |
| 8.  | CMI Receivables Funding LLC |
| 9.  | CMP KC LLC |
| 10. | CMP Susquehanna LLC |
| 11. | CMP Susquehanna Radio Holdings LLC |
| 12. | Consolidated IP Company LLC |
| 13. | Cumulus Broadcasting LLC |
| 14. | Cumulus Intermediate Holdings LLC |
| 15. | Cumulus Media Intermediate Inc. |
| 16. | Cumulus Media Investments LLC |
| 17. | Cumulus Media New Holdings Inc. |
| 18. | Cumulus Network Holdings LLC |
| 19. | Cumulus Radio Holding Company LLC |
| 20. | Cumulus Radio LLC |
| 21. | DC Radio Assets, LLC |
| 22. | Detroit Radio, LLC |

|  | **Debtor** |
|---|---|
| 23. | Dial Communications Global Media, LLC |
| 24. | IncentRev LLC |
| 25. | IncentRev-Radio Half Off, LLC |
| 26. | KLIF Broadcasting, LLC |
| 27. | KLOS-FM Radio Assets, LLC |
| 28. | LA Radio, LLC |
| 29. | Minneapolis Radio Assets, LLC |
| 30. | NY Radio Assets, LLC |
| 31. | Radio Assets, LLC |
| 32. | Radio Metroplex, LLC |
| 33. | Radio Networks, LLC |
| 34. | San Francisco Radio Assets, LLC |
| 35. | Susquehanna Media LLC |
| 36. | Susquehanna Pfaltzgraff LLC |
| 37. | Susquehanna Radio LLC |
| 38. | WBAP-KSCS Assets, LLC |
| 39. | Westwood One, LLC |
| 40. | Westwood One Radio Networks, LLC |
| 41. | WPLJ Radio, LLC |