**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| CUMULUS MEDIA INC., *et al.*,[1] | ) Case No. 26-90346 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MASTER SERVICE LIST AS OF APRIL 28, 2026**

Pursuant to paragraph 1 of the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* entered on March 5, 2026 [Docket No. 18], attached hereto is the updated Master Service List for the above-referenced cases as of April 28, 2026.

Dated: April 28, 2026

/s/ *Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.veritaglobal.net/cumulusmedia.  The Debtors' service address for purposes of these chapter 11 cases is:  780 Johnson Ferry Road, N.E., Suite 500, Atlanta, Georgia 30342.

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIS Portfolio Services, LLC | Attn: Ally Financial Department | 4515 N Santa Fe Ave. Dept. APS | Accounts: XXXXXXX7987; XXXXXXX3231; XXXXXXX1300; XXXXXXX5819; XXXXXXX7987; XXXXXXX3231 | | Oklahoma City | OK | 73118 | | 888-455-6662 | 817-461-8070 | ECFNotices@aisinfo.com | Bankruptcy Servicer for Ally Financial |
| Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | | 334-242-7300 | | consumerinterest@Alabamaag.gov | Alabama Attorney General |
| American Society of Composers, Authors and Publishers ("ASCAP") | Jackson Wagener, Senior Vice President, Business and Legal Affairs | 250 West 57th Street | | | New York | NY | 10107 | | 800-952-7227 | | jwagener@ascap.com | Top 30 Creditor |
| Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | | Arizona Attorney General |
| Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | | | | BCEIntake@azag.gov | Arizona Attorney General |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-683-2520 | OAG@ArkansasAG.gov | Arkansas Attorney General |
| AUDACY SPORTS RADIO, LLC | RICK ROSENTHAL, CHIEF FINANCIAL OFFICER | 2400 MARKET STREET | 4TH FLOOR | | PHILADELPHIA | PA | 19103 | | | | richard.rosenthal@audacy.com | Top 30 Creditor |
| BEASLEY MEDIA GROUP LLC | CAROLINE BEASLEY, CHIEF EXECUTIVE OFFICER | 3033 RIVIERA DR STE 200 | | | NAPLES | FL | 34103 | | 239-263-5000 | | caroline@bbgi.com | Top 30 Creditor |
| BENZTOWN BRANDING USA LLC | ANDREAS SANNEMANN, CHIEF EXECUTIVE OFFICER | 4425 W RIVERSIDE DRIVE | SUITE 101 | | BURBANK | CA | 91505 | | 818-842-4600 | | andreas@benztown.com | Top 30 Creditor |
| BRIDGE MARKETING LTD | DAVID LABBE, OWNER AND CHIEF EXECUTIVE OFFICER | 222 BRUCE REYNOLDS BLVD | STE 300, 3RD FL | | FORT LEE | NJ | 07024 | | | | david@bridgemarketingct.com | Top 30 Creditor |
| BROADCAST MUSIC, INC. | PAM SCHOENFELD, SVP, CHIEF LEGAL OFFICER | 10 MUSIC SQUARE EAST | | | NASHVILLE | TN | 37203-4399 | | 844-264-4255 | | pschoenfeld@bmi.com | Top 30 Creditor |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | 916-445-9555 | | | California Attorney General |
| Cantor Fitzgerald Securities | Brian Young, Daniel Yu, and Jon Stapleton | 110 East 59th Street | | | New York | NY | 10022 | | | | BYoung@cantor.com; Daniel.Yu@cantor.com; JStapleton@cantor.com | 2026 and 2029 Agent |
| Carrollton-Farmers Branch ISD | c/o Linda D. Reece | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | 1919 S Shiloh Rd, Suite 640, LB 40 | | Garland | TX | 75042 | | 972-278-8282 | 817-860-6509 | lreece@pbfcm.com | Counsel to Carrolton-Farmers Branch ISD |
| CENTERPOINT GROUP LLC | JOSEPH SOM, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 25 W 39TH STREET, STE 700 | | | NEW YORK | NY | 10018 | | 866-229-6205 | | | Top 30 Creditor |
| CMG MEDIA CORPORATION | DANIEL YORK, PRESIDENT AND CHIEF EXECUTIVE OFFICER | PO BOX 809036 | | | CHICAGO | IL | 60680-9036 | | | | dan.york@coxmediagroup.com | Top 30 Creditor |
| Cohen, Weiss And Simon LLP | Melissa S. Woods, Richard M. Seltzer, and Matthew E. Stolz | 909 Third Avenue, 12th Floor | | | New York | NY | 10022 | | 212-563-4100; 212-356-0219 | 646-473-8219 | mwoods@cwsny.com; rseltzer@cwsny.com; mstolz@cwsny.com | Counsel to Screen Actors Guild - American Federation of Television and Radio Artists |
| Cohn Birnbaum & Shea P.C. | Nicholas P. Vegliante | 185 Asylum Street | CityPlace II, 15th Floor | | Hartford | CT | 06103 | | 860-493-2200; 860-493-2247 | 860-727-0361 | nvegliante@cbshealaw.com | Counsel to Top 30 Creditor, Icon International, Inc |
| Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | attorney.general@coag.gov | Colorado Attorney General |
| Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov | Connecticut Attorney General |
| Connell Foley LLP | Amanda R. Simone, Mark B. Conlan | 56 Livingston Ave | | | Roseland | NJ | 07068 | | 973-535-0500 | | asimone@connellfoley.com; mconlan@connellfoley.com | Counsel to Broadcast Music Inc. ("BMI") |
| Covington & Burling LLP | Abigail V. O'Brient, Esq. | 1999 Avenue of the Stars | | | Los Angeles | CA | 90067-4643 | | 424-332-4800 | 424-332-4749 | aobrient@cov.com | Counsel to the National Football League |
| Cumulus Media Inc | Attn: Richard Denning | 780 Johnson Ferry Rd Ste 500 | | | Atlanta | GA | 30342 | | | | richard.denning@cumulus.com | Debtors |
| Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | | 302-577-8338 | | attorney.general@state.de.us | Delaware Attorney General |
| District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov | District of Columbia Attorney General |
| Faegre Drinker Biddle & Reath LLP | Kristen L. Perry | 2323 Ross Avenue, Suite 1700 | | | Dallas | TX | 75201 | | 469-357-2500 | 469-327-0860 | kristen.perry@faegredrinker.com | Counsel to U.S. Bank Trust Company, National Association in its capacities as 2026 and 2029 Indenture Trustee |
| Faegre Drinker Biddle & Reath LLP | Laura E. Appleby, Nicholas A Argentieri | 1177 Avenue of the Americas, 43rd Floor | | | New York | NY | 10036 | | 212-248-3197; 212-248-3256; 212-248-3140 | 212-248-3141 | laura.appleby@faegredrinker.com; nick.argentieri@faegredrinker.com | Counsel to U.S. Bank Trust Company, National Association in its capacities as 2026 and 2029 Indenture Trustee |
| FBT Gibbons LLP | Rebecca L. Matthews, Joy Kleisinger | 2101 Cedar Springs Rd. | | | Dallas | TX | 75201 | | 214-580-5852 | 214-545-3472 | rmatthews@fbtgibbons.com; jkleisinger@fbtgibbons.com | Counsel to Fifth Third Bank, National Association |
| Federal Communications Commission | Marlene H. Dortch, Secretary | 45 L Street NE | | | Washington | DC | 20554 | | 888-225-5322 | 866-418-0232 | | Federal Communications Commission |
| Fifth Third Bank | Attn Asset Based Lending Group | 38 Fountain Square Plaza MD #10908F | | | Cincinnati | OH | 45263 | | | 513-534-8400 | | ABL Agent |
| Fifth Third Bank | Kevin Seibel | National Association | 222 South Riverside Plaza | | Chicago | IL | 60606 | | | 312-704-7387 | Kevin.Seibel@53.com | ABL Agent |
| FLETCHER, HEALD & HILDRETH, P.L.C. | KATHLEEN VICTORY, OWNER AND CO-MANAGING MEMBER | 1300 NORTH 17TH ST. | 11TH FLOOR | | ARLINGTON | VA | 22209 | | 703-812-0400 | | victory@fhhlaw.com | Top 30 Creditor |
| Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-487-2564 | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | Florida Attorney General |

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fort Bend Independent School District | c/o Melissa E. Valdez | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | 1235 North Loop West, Suite 600 | | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | mvaldez@pbfcm.com | Counsel to Fort Bend Independent School District |
| Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov | Georgia Attorney General |
| Gibson, Dunn & Crutcher LLP | Francis Petrie | 333 South Grand Avenue | | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | | fpetrie@gibsondunn.com | Counsel to the Ad Hoc Group |
| Gibson, Dunn & Crutcher LLP | Scott J. Greenberg, Joe Zujkowski, Eric Scarazzo, Michael J. Cohen, Stephen Silverman, Tommy Scheffer | 200 Park Avenue | | | New York | NY | 10166-0193 | | 212-351-4000 | | SGreenberg@gibsondunn.com; JZujkowski@gibsondunn.com; escarazzo@gibsondunn.com; RxCumulusGDC@gibsondunn.com; mcohen@gibsondunn.com; SSilverman@gibsondunn.com; tscheffer@gibsondunn.com | Counsel to the Ad Hoc Group |
| GLOBAL MUSIC RIGHTS LLC | STUART NICHOLS, HEAD OF FINANCE | FILE 2281, 1801 W. OLYMPIC BLVD | | | PASADENA | CA | 91199-2281 | | 310-209-4000 | | stuart.nichols@globalmusicrights.com | Top 30 Creditor |
| Goodwin Procter LLP | Andrew N. Goldman | 620 Eighth Avenue | | | New York | NY | 10018-1405 | | 212-813-8800 | 212-355-3333 | AndyGoldman@goodwinlaw.com | Counsel to The Walt Disney Company and its Affiliates |
| Goodwin Procter LLP | Benjamin W. Loveland | 100 Northern Avenue | | | Boston | MA | 02210 | | 617-570-1000 | 617-523-1231 | bloveland@goodwinlaw.com | Counsel to The Walt Disney Company and its Affiliates |
| HOGAN LOVELLS US LLP | MAGGIE HEDGES, GENERAL COUNSEL | PO BOX 715890 | LOCKBOX SERVICES - 75890 | | PHILADELPHIA | PA | 19171-5890 | | 202-637-5600 | | maggie.hedges@hoganlovells.com | Top 30 Creditor |
| Howley Law PLLC | Tom A. Howley, Eric Terry | TC Energy Center | 700 Louisiana St., Suite 4220 | | Houston | TX | 77002 | | 713-333-9125 | | tom@howley-law.com; eric@howley-law.com | Counsel to the Ad Hoc Group |
| ICON INTERNATIONAL INC | JOHN KRAMER, CHIEF EXECUTIVE OFFICER | P.O. BOX 1021 | | | ALBANY | NY | 12201-1021 | | 203-328-2300 | | john.kramer@iconinternational.com | Top 30 Creditor |
| Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | | 208-334-2400 | 208-854-8071 | bankruptcy@ag.idaho.gov | Idaho Attorney General |
| IHEARTMEDIA ENTERTAINMENT INC. | BOB PITTMAN, CHAIRMAN AND CHIEF EXECUTIVE OFFICER | 20880 STONE OAK PKWY | | | SAN ANTONIO | TX | 78258-7460 | | 210-822-2828 | | bobpittman@iheartmedia.com | Top 30 Creditor |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | 312-814-3000 | | bankruptcy_notices@ilag.gov | Illinois Attorney General |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | info@atg.in.gov | Indiana Attorney General |
| INFINITE DIGITAL, LLC | STEPHEN WADE, PRESIDENT | 220 E LAS COLINAS BLVD | SUITE C210 | | IRVING | TX | 75039 | | 214-281-2269 | | steve@teaminfinitedigital.com | Top 30 Creditor |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | IRS |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | | IRS |
| Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | IDR.Bankruptcy@ag.iowa.gov | Iowa Attorney General |
| JONES DAY | KEVYN D. ORR, PARTNER-IN-CHARGE U.S. OFFICES | 1221 PEACHTREE STREET, NE | SUITE 400 | | ATLANTA | GA | 30361 | | 404-521-3939 | | korr@jonesday.com | Top 30 Creditor |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | | 785-296-2215 | 785-296-6296 | | Kansas Attorney General |
| KATZ MEDIA GROUP | MARK GRAY, CHIEF EXECUTIVE OFFICER | 125 WEST 55TH ST | | | NEW YORK | NY | 10019-5366 | | 212-424-6516 | | mark.gray@katz-media.com | Top 30 Creditor |
| KCC dba Verita | Darlene S. Calderon | 222 N. Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | 310-823-9000 | | cumulusinfo@veritaglobal.com | Claims and Noticing Agent |
| Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | | 502-696-5300 | | attorney.general@ag.ky.gov | Kentucky Attorney General |
| KING & SPALDING LLP | PETE NOLAN, CHIEF FINANCIAL OFFICER | 1180 PEACHTREE STREET NE | | | ATLANTA | GA | 30309 | | 404-572-4600 | | pnolan@kslaw.com | Top 30 Creditor |
| Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 3500 Maple Avenue, Suite 800 | | | Dallas | TX | 75219 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com | Counsel to Tarrant County, Dallas County and Irving ISD |
| Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@lgbs.com | Counsel to Fort Bend County, Orange County, Houston City College, fka Houston Comm College, and Jefferson County |
| Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | | 225-326-6079; 225-326-6000 | 225-326-6797; 225-326-6096 | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov | Louisiana Attorney General |
| Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | | 207-626-8800 | | attorney.general@maine.gov | Maine Attorney General |
| Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us | Maryland Attorney General |
| Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | | 617-727-2200 | | | Massachusetts Attorney General |
| McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | P.O. Box 1269 | | | Round Rock | TX | 78680-1269 | | 512-323-3200 | 512-323-3205 | jparsons@mvbalaw.com | Counsel to Central Appraisal District of Taylor County |
| McDonald Hopkins LLC | James E. Stief, Esq | 600 Superior Ave., East Suite 2100 | | | Cleveland | OH | 44114 | | | | jstief@mcdonaldhopkins.com | Counsel to the ABL Agent |
| McGuireWoods LLP | K. Elizabeth Sieg, Morgan E. Mumford | Gateway Plaza | 800 East Canal Street | | Richmond | VA | 23219 | | 804-775-1137 | | bsieg@mcguirewoods.com; mmumford@mcguirewoods.com | Counsel to The Nielsen Company (US) LLC and its Affiliates |
| McGuireWoods LLP | Thomas M. Farrell | Texas Tower | 845 Texas Ave., 24th Floor | | Houston | TX | 77002 | | 713-353-6677 | | tfarrell@mcguirewoods.com | Counsel to The Nielsen Company (US) LLC and its Affiliates |
| Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | 517-335-7622 | 517-335-7644 | miag@michigan.gov | Michigan Attorney General |
| Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | | 651-296-3353 | | ag.replies@ag.state.mn.us | Minnesota Attorney General |
| Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | | 601-359-3680 | | | Mississippi Attorney General |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov | Missouri Attorney General |
| National Football League, Inc | Brent Lawton, Rachel Margolies | 345 Park Avenue | | | New York | NY | 10154 | | 212-450-2000 | | Brent.Lawton@NFL.com; Rachel.Margolies@NFL.com | Top 30 Creditor |
| Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | | 402-471-2683 | 402-471-3297 | NEDOJ@nebraska.gov | Nebraska Attorney General |
| Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | nvagbk@ag.nv.gov | Nevada Attorney General |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | | 609-292-8740 | 609-292-3508 | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | New Jersey Attorney General |
| New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | | 505-490-4060 | 505-490-4883 | | New Mexico Attorney General |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | | 518-474-7330 | | letitia.james@ag.ny.gov | New York Attorney General |
| NIELSEN AUDIO INC | GEORGE D. CALLARD, CHIEF LEGAL AND BUSINESS AFFAIRS OFFICER | 150 NORTH MARTINGALE RD | | | SCHAUMBURG | IL | 60173 | | 800-543-7300 | | george.callard@nielsen.com | Top 30 Creditor |
| North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | ncago@ncdoj.gov | North Carolina Attorney General |
| Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | | 513-852-1568 | | Kristin.Radwanick@OhioAGO.gov | Ohio Attorney General |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | | 405-521-3921 | 405-521-6246 | cpu-bankruptcy@oag.ok.gov | Oklahoma Attorney General |
| Oklahoma County Treasurer | Tammy Jones | 320 Robert S. Kerr, Room 307 | | | Oklahoma City | OK | 73102 | | 405-713-1324 | | tammy.jones@oklahomacounty.org | Oklahoma County Treasurer |
| ORBIT INTERACTIVE, INC | ALEX CANTOS, CHIEF EXECUTIVE OFFICER | 2525 PONCE DE LEON BLVD | 3RD FLOOR | | CORAL GABLES | FL | 33134 | | 305-723-9693 | | | Top 30 Creditor |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | ORDOJBankruptcyNotices@doj.oregon.gov | Oregon Attorney General |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Paul M. Basta, Jacob A. Adlerstein, Kyle J. Kimpler, Sarah Harnett, Stephanie P. Lascano, and Alana Page | 1285 Avenue of the Americas | | | New York | NY | 10019 | | 212-373-3000 | 213-757-3990 | pbasta@paulweiss.com; jadlerstein@paulweiss.com; kkimpler@paulweiss.com; sharnett@paulweiss.com; slascano@paulweiss.com; apage@paulweiss.com | Co-Counsel to the Debtors and Debtors in Possession |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | info@attorneygeneral.gov | Pennsylvania Attorney General |
| PORT OF SAN FRANCISCO | KIMBERLEY BEAL, DIRECTOR OF PROPERTY MANAGEMENT | ROOM 3100, FERRY BUILDING | | | SAN FRANCISCO | CA | 94111 | | 415-274-0523 | | Kimberley.Beal@sfport.com | Top 30 Creditor |
| Porter Hedges LLP | John F. Higgins, M. Shane Johnson, Megan Young-John, James A. Keefe, and Jack M. Eiband | 1000 Main St., 36th Fl | | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6248 | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com; jkeefe@porterhedges.com; jeiband@porterhedges.com | Co-Counsel to the Debtors and Debtors in Possession |
| Rapp & Krock, PC | Bradley K. Jones | 1980 Post Oak Blvd, Suite 1200 | | | Houston | TX | 77056 | | 713-759-9977 | 713-759-9967 | bkjones@rappandkrock.com | Counsel for Creditor and Party-In-Interest Pathward, NA |
| Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | | 401-274-4400 | 401-222-2995 | ag@riag.ri.gov | Rhode Island Attorney General |
| Riemer Braunstein LLP | Steven Fox, Esq. | Times Square Tower, Suite 2506 | Seven Times Square | | New York | NY | 10036 | | 212-789-3150 | | SFox@riemerlaw.com | Counsel to the ABL Agent, Fifth Third Bank, National Association |
| Securities & Exchange Commission | Fort Worth Regional Office | 801 Cherry Street, Suite 1900, Unit 18 | | | Fort Worth | TX | 76102 | | 817-978-3821 | | dfw@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-9318 | secbankruptcy@sec.gov | SEC Headquarters |
| SESAC, INC | JOHN JOSEPHSON, CHAIRMAN AND CHIEF EXECUTIVE OFFICER | 35 MUSIC SQUARE EAST | | | NASHVILLE | TN | 37203-4362 | | 212-586-3450 | | john@sesac.com | Top 30 Creditor |
| Shipman & Goodwin LLP | Nathan Z. Plotkin, Kathleen M. LaManna | One Constitution Plaza | | | Hartford | CT | 06103-1919 | | | | NPlotkin@goodwin.com; klamanna@goodwin.com | Counsel to the 2026 Agent and the 2029 Agent |
| SoundExchange, Inc. | Attn Brad Prendergast, Assistant General Counsel, Licensing & Enforcement | 733 10th St NW, 10th Fl | | | Washington | DC | 20001 | | 202-559-0550 | | bprendergast@soundexchange.com | Interested Party and Top 30 Creditor |
| South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | | 803-734-3970 | 803-253-6283 | bankruptcy@scag.gov | South Carolina Attorney General |
| South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | atghelp@state.sd.us | South Dakota Attorney General |
| SPORTS USA MEDIA | LARRY KAHN, CHIEF EXECUTIVE OFFICER | 3325 COCHRAN ST SUITE 102 | | | SIMI VALLEY | CA | 93065 | | 805-306-0233 | | Email on File | Top 30 Creditor |
| Taxing Districts Collected by Potter County, Taxing Districts Collected by Randall County, and Jones County Appraisal District | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | PO Box 9132 | | | Amarillo | TX | 79105 | | 806-359-3188 | 806-359-5126 | amabkr@pbfcm.com; acordova@pbfcm.com | Counsel to Taxing Districts Collected by Potter County, Taxing Districts Collected by Randall County, and Jones County Appraisal District |
| Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | | 615-741-3491 | 615-741-2009 | agattorneys@ag.tn.gov | Tennessee Attorney General |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | Texas Attorney General |
| Texas Attorney General's Office | Courtney J. Hull, Assistant Attorney General | Bankruptcy & Collections Division | PO Box 12548, Capitol Station | | Austin | TX | 78711-2548 | | 512-475-4862 | 512-936-1409 | bk-chull@oag.texas.gov | Counsel for The Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 | | 512-463-4511 | 888-908-9994 | | Texas Comptroller of Public Accounts |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | | 512-463-4511 | | | Texas Comptroller of Public Accounts |
| The Deitch Law Office | Michael Deitch | 800 Rio Grande | | | Austin | TX | 78701 | | 512-474-1554 | 512-474-1579 | mike@deitchlaw.com; lois@deitchlaw.com | Counsel to Cerco Development, Inc |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | | 615-532-8718 | 615-741-3334 | steve.butler@ag.tn.gov; AGBankTexas@ag.tn.gov | Tennesse Department of Revenue |
| Troutman Pepper Locke LLP | Evelyn J. Meltzer | Hercules Plaza, Suite 1000 | 1313 N. Market Street, P.O. Box 1709 | | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | evelyn.meltzer@troutman.com | Counsel to SoundExchange, Inc. |
| TRU NORTH CONSULTING, INC | EMILY LINDNER, PRESIDENT | P.O. BOX 1277 | | | BOULDER | CO | 80306 | | 773-588-4600 | | emily@trunorthconsulting.com | Top 30 Creditor |
| U.S. Bank Trust Company, National Association, As Trustee | Attn Felicia Powell, David Farrell, Trustee | Global Corporate Trust | 2 Concourse Parkway, Suite 800 | | Atlanta | GA | 30328-5588 | | 404-898-2467 | 404-898-2467; 404-898-2467 | | 2026 and 2029 Trustee, and Top 30 Creditor |

**Master Service List**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Attorney Office, Southern District of Texas | Civil Process Clerk for the U.S. Attorney's Office | 1000 Louisiana | Suite 2300 | | Houston | TX | 77002 | | 713-567-9000; 713-567-9532 | 713-718-3300 | usatxs.atty@usdoj.gov | SDTX - United States Attorney Office for the Southern District of Texas |
| US Trustee for the Southern District of Texas (Houston Division) | Andrew Jimenez, Ha Minh Nguyen | 515 Rusk Street | Suite 3516 | | Houston | TX | 77002 | | 713-718-4650 | 713-718-4670 | andrew.jimenez@usdoj.gov; ha.nguyen@usdoj.gov | SDTX - Office of the U.S. Trustee for the Southern District of Texas |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | bankruptcy@agutah.gov | Utah Attorney General |
| Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | | 802-828-3171 | | ago.info@vermont.gov | Vermont Attorney General |
| Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | | 804-786-2071 | 804-786-1991 | mailoag@oag.state.va.us | Virginia Attorney General |
| VIRTU FINANCIAL LLC | JUSTIN WALDI, SVP AND GENERAL COUNSEL | 165 BROADWAY | | | NEW YORK | NY | 10006 | | 212-418-0100 | | jwaldie@virtu.com | Top 30 Creditor |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | | 360-753-6200 | | | Washington Attorney General |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | 608-294-2907 | dojbankruptcynoticegroup@doj.state.wi.us | Wisconsin Attorney General |