**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CUMULUS MEDIA INC., *et al.*,[1] | ) Case No. 26-90346 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF DISINTERESTEDNESS
OF WILEY REIN LLP PURSUANT TO THE ORDER
AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN
PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Kathleen A. Kirby, declare under penalty of perjury:

1.       I am a Partner of Wiley Rein LLP, located at 2050 M Street, NW Washington, DC 20036 (the "Company").

2.       Cumulus Media Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Company provide regulatory counsel pertaining to compliance with the rules and policies of the Federal Communications Commission.

3.       The Company may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. The Company does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matter on which the Company is

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.veritaglobal.net/cumulusmedia. The Debtors' service address for purposes of these chapter 11 cases is: 780 Johnson Ferry Road, N.E., Suite 500, Atlanta, Georgia 30342.

proposed to be employed.

4.      As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5.      Neither I nor any principal, partner, director, officer of, or professional employed by the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Company.

6.      Neither I nor any principal, partner, director, officer of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Company is to be employed.

7.      As of the Petition Date, the Debtors owe the Company $9,286.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*.

8.      I understand that the amount owed by the Debtors to the Company for prepetition services will be treated as a general unsecured claim, and as such, the Company may file a proof of claim.

9.      I further understand that, to the extent the Company does believe any amounts are owed by the Debtors to the Company for prepetition services, this Declaration will not suffice as the Company's proof of claim.

10.     As of the Petition Date, the Company was not a party to an agreement for indemnification with the Debtor.

11.     The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Kathleen A. Kirby
WILEY REIN LLP
2050 M Street NW
Washington, D.C. 20036
Tel:  (202) 719-7000
Fax: (202) 719-7049
kkirby@wiley.law

Date:  April 30, 2026

3